UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE ALFRED TAYLOR EL,<br><br>       Plaintiff,<br><br>    v.<br><br>GAVIN NEWSOM, et al.,<br><br>       Defendants. | No.  1:26-cv-02816-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTION<br><br>Docs. 5, 9, 10 |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.  Plaintiff seeks a preliminary injunction and/or temporary restraining order to prevent "continuous irreparable harm by multi-pronged deprivation on constitutional rights protected by the First, Eighth, and Fourteenth Amendments to the United States Constitution."  Doc. 5 at 1, 2.

On April 23, 2026, the magistrate judge noted that Plaintiff has yet to either pay the Court's filing fee or file an application to proceed in forma pauperis, and the "case cannot proceed until one of these requirements is [met]."  Doc. 9 at 4.  The magistrate judge also found that "the Court at this time lacks personal jurisdiction over any defendant or any other prison staff at any CDCR institution, and it cannot issue an order requiring them to take or forbid them from taking any action."  *Id.*  The magistrate judge recommended the preliminary injunction or temporary restraining order be denied.  *Id.*  Plaintiff filed timely objections, including a second request for injunctive relief, on May 26, 2026.  Doc. 10.

1

In accordance with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review of this case. After carefully reviewing the file, including Plaintiff's objections, the Court concludes that the findings and recommendations are supported by the record and proper analysis. Plaintiff does not dispute the findings regarding the ability of the case to proceed or the lack of jurisdiction over the defendants at this state of the proceedings. The reasons identified by the magistrate judge apply equally to Plaintiff's second request for injunctive relief. The Court ORDERS:

1.      The findings and recommendations issued on April 23, 2026 (Doc. 9), are ADOPTED in full.

2.      Plaintiff's requests for a preliminary injunction (Docs. 5, 10) are DENIED.

IT IS SO ORDERED.

    Dated:    June 4, 2026

_____
UNITED STATES DISTRICT JUDGE

2