UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOE ALFRED TAYLOR EL,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

No. 1:26-cv-02816-KES-SAB (PC)

ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH A COURT ORDER

(ECF No. 9)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On April 23, 2026, the Court ordered Plaintiff to pay the $405.00 filing fee or submit an application to proceed in forma pauperis. (ECF No. 9.) Plaintiff has failed to comply with the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **July 15, 2026**

STANLEY A. BOONE
United States Magistrate Judge