UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOE ALFRED TAYLOR EL,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

No. 1:26-cv-02816-KES-SAB (PC)

SECOND ORDER FOR PLAINTIFF TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY THE FILING FEE

(ECF No. 14)

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983.

On April 23, 2026, the Court ordered Plaintiff to pay the $405.00 filing fee or submit an application to proceed in forma pauperis. (ECF No. 9.) Plaintiff failed to comply with the Court's order, and an order to show cause why the action should not be dismissed was issued on July 15, 2026. (ECF No. 13.) Plaintiff filed a response on July 30, 2026. (ECF No. 14.)

Plaintiff contends that he previously submitted an application to proceed in forma pauperis which was stamped by the Clerk of Court as filed on April 9, 2026-which was prior to the initial order to do so. The Court has reviewed the docket and no application to proceed in

forma pauperis has been filed. The payment of the filing fee in its entirety or a grant of an application to proceed in forma pauperis is required in order to proceed in this action. See 28 U.S.C. §§ 1914(a) 1915(a)(1)-(2). Because plaintiff has not done either despite having been directed to do so, he will again be ordered to submit a proper application or pay the filing fee.

Accordingly, it is HEREBY ORDERED that:

1. The Clerk of Court shall send Plaintiff a second copy of the Court's application to proceed in forma pauperis by a prisoner;

2. Within thirty days from the date of this order, Plaintiff shall submit the complete application to proceed in forma pauperis or pay the $405.00 filing fee in full;

3. Plaintiff's filing of the properly completed in forma pauperis application or, in the alternative, his payment of the filing fee in its entirety, will serve to discharge the prior order to show cause; and

4. Failure to comply with this order will result in a recommendation that the action be dismissed, without prejudice, for failure to comply with a court order.

IT IS SO ORDERED.

Dated: **August 3, 2026**

STANLEY A. BOONE
United States Magistrate Judge